# Court of Appeals
# of the State of Georgia

ATLANTA, __December 05, 2017__

*The Court of Appeals hereby passes the following order:*

**A18A0488.  STEPHEN PATRICK YANCEY v. FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE.**

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, Defendant Stephen Patrick Yancey appealed to the state court, which also ruled in the plaintiff's favor. The state court issued the plaintiff a writ of possession on July 30, 2013. Since then, Yancey has filed a number of pro se pleadings in the state court. On June 1, 2017, the state court entered an order denying Yancey's request to remove the case to federal court. Yancey then filed this direct appeal.

Pretermitting whether the trial court's order is subject to appellate review, we lack jurisdiction to consider this case on direct appeal. Because the order at issue is a de novo ruling on appeal from a magistrate court decision, Yancey was required to follow the discretionary appeal procedures to obtain review before this Court. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995). Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, __12/05/2017__
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.